STATE OF MAINE
ANDROSCOGGIN, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-08-178

MAURICE A. THERIAULT and DIANE
T. THERIAULT,

REINA LESSARD,
GERALD LESSARD, and
PAULA MURANO,

and

DOUGLAS F. SCHMIDT and
NATHAN SMITH,
    Plaintiffs

v.

SHERWOOD ASSOCIATES LIMITED
PARTNERSHIP,
MICHAEL A. LIBERTY, and
WILLIAM D. HAMILL,
    Defendants
_____

WILLIAM D. HAMILL,
    Defendant/Cross-Claimant

v.

SHERWOOD ASSOCIATES LIMITED
PARTNERSHIP and
MICHAEL A. LIBERTY,
    Defendants/Cross-Claim Defendants
_____

WILLIAM D. HAMILL,
    Third-Party Plaintiff

v.

LIBERTY GROUP, INC.
    Third-Party Defendant

RECEIVED & FILED

FEB 08 2010

ANDROSCOGGIN
SUPERIOR COURT

ORDER ON REINA LESSARD,
PAULA MURANO AND PEGGY
LESSARD'S MOTION FOR
SUMMARY JUDGMENT AGAINST
DEFENDANT WILLIAM D. HAMILL

    This matter came before this Court on the two count Complaint of the Plaintiffs Reina Lessard, Paula Murano and Peggy Lessard (the "Lessard Plaintiffs") seeking to collect on two separate Promissory Notes and the Guaranties of those Promissory Notes,

1

all as described in the Lessard Plaintiffs' Motion for Summary Judgment. The Lessard Plaintiffs are assignees of the Promissory Notes from entities which were the original payees. Count I is an action against the maker in each of the two Promissory Notes, the Defendant Sherwood Associates Limited Partnership ("Sherwood Associates"). Count II is an action against the guarantors of those Promissory Notes, the Defendant Michael A. Liberty ("Liberty") and the Defendant William D. Hamill ("Hamill").

This motion for summary judgment was not opposed by Sherwood Associates or Liberty, and the court has issued a separate order pertaining to those two Defendants simultaneously herewith.

The motion was opposed by Hamill as to the proper amount of legal fees payable by Hamill pursuant to his guaranty in this matter. This Judgment relates only to Hamill.

After notice and hearing and except as to attorney's fees as provided herein, the Court finds that there is no genuine issue as to any material facts as to Count II of the Complaint as it relates to the Defendant Hamill and after due consideration of the pleadings, discovery, and affidavits filed with respect to the Motion for Summary Judgment, that Motion is hereby GRANTED in part as to Count II and the Defendant Hamill as set forth at length below.

The Defendant Sherwood Associates is in default of the two separate Promissory Notes on which it is the maker and in which the Lessard Plaintiffs have rights as assignees of the payees. The Defendant Hamill guarantied each of those promissory notes and the Defendant Hamill therefore owes the Lessard Plaintiffs on their interests in Defendant Hamill's guaranties of the two Promissory Notes principal, interest and late charges in the combined total amount of $16,462.06, with interest accruing on and after February 4, 2010 at the rate of $3.27 per diem.

By agreement of the parties and this Court's Order, regardless of the time constraints in Rule 54(b)(3), the claims of the Lessard Plaintiffs for attorney's fees and costs shall be heard by this Court in June of 2010, or as soon as possible thereafter, at the written request of either the Lessard Plaintiffs or the Defendant Hamill made to this by Court no later than May 1, 2010.

2

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

### COUNT II. LESSARD PLAINTIFFS ACTION ON GUARANTY OF DEFENDANT HAMILL:

Partial Summary Judgment is hereby granted in favor of the Lessard Plaintiffs against the Defendant William D. Hamill in the amount of $16,462.06, with interest accruing on and after February 4, 2010 at the rate of $3.27 per diem.

Furthermore, by agreement of the parties and order of this Court, regardless of the time constraints in Rule 54(b)(3), the claims of the Lessard Plaintiffs for attorney's fees and costs with respect to the Defendant Hamill shall be heard in June of 2010, or as soon as possible thereafter, by this Court at the written request of either the Lessard Plaintiffs or the Defendant Hamill made to this Court no later than May 1, 2010.

The Clerk is specifically directed pursuant to Rule 79(a) of the Maine Rules of Civil Procedure to enter this Judgment and Order in the civil docket by a notation incorporating it by reference.

Dated at Auburn, Maine this _8th_ day of February, 2010.

Thomas E. Delahanty, II
Justice, Superior Court

3

STATE OF MAINE
ANDROSCOGGIN, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-08-178,
*TED -AND-2/8/2010*

MAURICE A. THERIAULT and )
DIANE T. THERIAULT, )
                   )
and )
                   )
REINA LESSARD, GERALD LESSARD, )
and PAULA MURANO, )
                   )
and )
                   )
DOUGLAS F. SCHMIDT, )
                   )
and )
                   )
NATHAN SMITH, )
                   )
          Plaintiffs )
v. )
                   )
SHERWOOD ASSOCIATES LIMITED )
PARTNERSHIP, a Maine limited )
partnership, )
                   )
and )
                   )
MICHAEL A. LIBERTY, )
                   )
and )
                   )
WILLIAM D. HAMILL, )
                   )
          Defendants )

RECEIVED & FILED

× 2010

ANDROSCOGGIN
SUPERIOR COURT

**JUDGMENT AND ORDER ON PLAINTIFFS THERIAULTS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS SHERWOOD ASSOCIATES LIMITED PARTNERSHIP AND MICHAEL A. LIBERTY**

      This matter came before this Court on the two count Complaint of the Plaintiffs Maurice A. Theriault and Diane A. Theriault (the "Theriaults") seeking to collect on four separate Promissory Notes and the Guaranties of those Promissory Notes, all as described in the Plaintiffs Theriaults' Motion for Summary Judgment. The Plaintiffs Theriaults are assignees of the Promissory Notes from entities which were the original payees. Count I is an action against the maker in each of the four Promissory Notes, the Defendant Sherwood Associates Limited Partnership ("Sherwood

Associates"). Count II is an action against the guarantors of those Promissory Notes, the Defendant Michael A. Liberty ("Liberty") and the Defendant William D. Hamill ("Hamill"). This Judgment relates only to the Defendants Sherwood Associates and Liberty.

The Plaintiffs Theriaults have brought a Motion for Summary Judgment on both counts of the Complaint pursuant to Rule 56 of the Maine Rules of Civil Procedure and all parties to this action have been notified of this Motion.

Without hearing, no opposition pursuant to Rule 7 [c] of the Maine Rules of Civil Procedure having been filed, the Court finds that there is no genuine issue as to any material facts as to both counts as to the Defendants Sherwood Associates and Liberty as set forth above after due consideration of the pleadings, discovery, and affidavits in support of the Motion for Summary Judgment. That Motion is hereby approved as to both counts as set forth at length below.

1.      The record indicates the following Parties and Counsel of Record:

| Party | | Counsel |
|-------|--|---------|
| Plaintiffs: | Maurice A. Theriault and Diane T. Theriault | M. Kelly Matzen<br>TRAFTON & MATZEN, LLP<br>Ten Minot Avenue<br>P. O. Box 470<br>Auburn, ME 04212-0470<br>(207) 784-4531 |
| Defendants: | Sherwood Associates and Michael A. Liberty | Peter J. DeTroy<br>Russell B. Pierce, Jr.<br>NORMAN, HANSON & DeTROY, LLC.<br>415 Congress Street<br>P. O. Box 4600<br>Portland, ME 04112-4600<br>(207) 774-7000 |
| | William D. Hamill | Peter J. Rubin<br>Daniel J. Mitchell<br>BERNSTEIN SHUR<br>100 Middle Street<br>Portland, ME 04104-5029<br>(207) 774-1200 |

2.      The Court finds that all parties have received notice of the proceedings in this action and that notice was given in accordance with the applicable provisions of the Maine Rules of Civil Procedure as follows: Attorneys for each of the Defendants accepted service on behalf of their respective clients and have filed responsive pleadings.

3.      The docket number for this action is CV-08-178.

4.      Venue is properly laid in this Court.

5.      The Defendant Sherwood Associates is in default of the four separate Promissory Notes on which it is the maker and in which the Plaintiffs Theriaults have rights as assignees of the payees, and the said Defendant Sherwood Associates owes the respective Plaintiffs Theriaults on their interests in the four Promissory Notes amounts as indicated below:

A.      With respect to the Plaintiff Diane T. Theriault, principal, interest, and late charges to February 2, 2010, in the combined total amount of Two Hundred Sixty-eight Thousand Two Hundred Seventy-three Dollars and Thirty-six Cents ($268,273.36), and attorney's fees and disbursements. Interest accrues after February 2, 2010 at the note rate of Fifty-two Dollars and Two Cents ($52.02) per diem.

B.      With respect to the Plaintiff Maurice A. Theriault, principal, interest, and late charges to February 2, 2010, in the combined total amount of Thirty Thousand Six Hundred Thirty Dollars and Eighty Cents ($30,630.80), and attorney's fees and disbursements. Interest accrues after February 2, 2010, at the note rate of Six Dollars ($6.00) per diem.

C.      With respect to each of the Plaintiffs Theriaults, attorney's fees and costs incurred by those Plaintiffs in collection of the Promissory Notes in the amount of Twenty-six Thousand Two Hundred Four Dollars and Ninety-eight Cents ($26,204.98).

6.      The Defendant Liberty guarantied the aforesaid Promissory Notes and the Defendant Liberty therefore owes the Plaintiffs Theriaults on their interests in the guaranties of the Defendant Liberty of the four Promissory Notes as indicated below:

A.      With respect to the Plaintiff Diane T. Theriault, principal, interest, and late charges to February 2, 2010, in the combined total amount of Two Hundred Sixty-eight Thousand Two Hundred Seventy-three Dollars and Thirty-six Cents ($268,273.36). and attorney's fees and disbursements. Interest accrues after February 2, 2010 at the note rate of Fifty-two Dollars and Two Cents ($52.02) per diem.

B.      With respect to the Plaintiff Maurice A. Theriault, principal, interest, and late charges to February 2, 2010, in the combined total amount of Thirty Thousand Six Hundred Thirty Dollars and Eighty Cents ($30,630.80), and attorney's fees and disbursements. Interest accrues after February 2, 2010, at the note rate of Six Dollars ($6.00) per diem.

C. With respect to each of the Plaintiffs Theriaults, attorney's fees and costs incurred by the Plaintiffs in collection of the Promissory Notes in the amount of Twenty-six Thousand Two Hundred Four Dollars and Ninety-eight Cents ($26,204.98).

7. Nothing in this order shall limit the Plaintiffs Theriaults' right to seek additional attorney's fees and cost in future collection efforts or to enforce this judgment.

8. Pursuant to Rule 54(b)(1) Maine Rules of Civil Procedure and irrespective of other claims in this action, this Court expressly determines that there is no just reason for delay in ordering final judgment in favor of the Plaintiffs Theriaults against the Defendants Sherwood and Liberty.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

## COUNT I
## ACTION AGAINST DEFENDANT SHERWOOD ASSOCIATES

Final Summary Judgment is hereby entered in favor of the Plaintiffs Theriaults against the Defendant Sherwood Associates in the amounts and attorney's fees and costs, with interest accruing per diem, all as set forth above.

## COUNT II
## ACTION ON GUARANTIES OF DEFENDANT LIBERTY

Final Summary Judgment is hereby entered in favor of the Plaintiffs Theriaults against the Defendant Michael A. Liberty in the amounts and attorney's fees and costs, with interest accruing per diem, all as set forth above.

The Clerk is specifically directed pursuant to Rule 79(a) of the Maine Rules of Civil Procedure to enter this Judgment and Order in the civil docket by a notation incorporating it by reference.

Dated at Auburn, Maine this _8th_ day of February, 2010, and entered on February _9th_, 2010.

Thomas E. Delahanty, II
JUSTICE, Superior Court

02-04-10

STATE OF MAINE
ANDROSCOGGIN, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-08-178

MAURICE A. THERIAULT and DIANE
T. THERIAULT,

REINA LESSARD,
GERALD LESSARD, and
PAULA MURANO,

and

DOUGLAS F. SCHMIDT and
NATHAN SMITH,
    Plaintiffs

v.

SHERWOOD ASSOCIATES LIMITED
PARTNERSHIP,
MICHAEL A. LIBERTY, and
WILLIAM D. HAMILL,
    Defendants

---

WILLIAM D. HAMILL,
    Defendant/Cross-Claimant

v.

SHERWOOD ASSOCIATES LIMITED
PARTNERSHIP and
MICHAEL A. LIBERTY,
    Defendants/Cross-Claim Defendants

---

WILLIAM D. HAMILL,
    Third-Party Plaintiff

v.

LIBERTY GROUP, INC.
    Third-Party Defendant

RECEIVED & FILED

ANDROSCOGGIN
SUPERIOR COURT

ORDER ON REINA LESSARD,
PAULA MURANO AND PEGGY
LESSARD'S MOTION FOR
SUMMARY JUDGMENT AGAINST
DEFENDANT WILLIAM D. HAMILL

      This matter came before this Court on the two count Complaint of the Plaintiffs
Reina Lessard, Paula Murano and Peggy Lessard (the "Lessard Plaintiffs") seeking to
collect on two separate Promissory Notes and the Guaranties of those Promissory Notes,

1

all as described in the Lessard Plaintiffs' Motion for Summary Judgment. The Lessard Plaintiffs are assignees of the Promissory Notes from entities which were the original payees. Count I is an action against the maker in each of the two Promissory Notes, the Defendant Sherwood Associates Limited Partnership ("Sherwood Associates"). Count II is an action against the guarantors of those Promissory Notes, the Defendant Michael A. Liberty ("Liberty") and the Defendant William D. Hamill ("Hamill").

This motion for summary judgment was not opposed by Sherwood Associates or Liberty, and the court has issued a separate order pertaining to those two Defendants simultaneously herewith.

The motion was opposed by Hamill as to the proper amount of legal fees payable by Hamill pursuant to his guaranty in this matter. This Judgment relates only to Hamill.

After notice and hearing and except as to attorney's fees as provided herein, the Court finds that there is no genuine issue as to any material facts as to Count II of the Complaint as it relates to the Defendant Hamill and after due consideration of the pleadings, discovery, and affidavits filed with respect to the Motion for Summary Judgment, that Motion is hereby GRANTED in part as to Count II and the Defendant Hamill as set forth at length below.

The Defendant Sherwood Associates is in default of the two separate Promissory Notes on which it is the maker and in which the Lessard Plaintiffs have rights as assignees of the payees. The Defendant Hamill guarantied each of those promissory notes and the Defendant Hamill therefore owes the Lessard Plaintiffs on their interests in Defendant Hamill's guaranties of the two Promissory Notes principal, interest and late charges in the combined total amount of $16,462.06, with interest accruing on and after February 4, 2010 at the rate of $3.27 per diem.

By agreement of the parties and this Court's Order, regardless of the time constraints in Rule 54(b)(3), the claims of the Lessard Plaintiffs for attorney's fees and costs shall be heard by this Court in June of 2010, or as soon as possible thereafter, at the written request of either the Lessard Plaintiffs or the Defendant Hamill made to this by Court no later than May 1, 2010.

2

STATE OF MAINE
ANDROSCOGGIN, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-08-178

MAURICE A. THERIAULT and DIANE
T. THERIAULT,

REINA LESSARD,
GERALD LESSARD, and
PAULA MURANO,

and

DOUGLAS F. SCHMIDT and
NATHAN SMITH,
    Plaintiffs

v.

SHERWOOD ASSOCIATES LIMITED
PARTNERSHIP,
MICHAEL A. LIBERTY, and
WILLIAM D. HAMILL,
    Defendants

———————————————————

WILLIAM D. HAMILL,
    Defendant/Cross-Claimant

v.

SHERWOOD ASSOCIATES LIMITED
PARTNERSHIP and
MICHAEL A. LIBERTY,
    Defendants/Cross-Claim Defendants

———————————————————

WILLIAM D. HAMILL,
    Third-Party Plaintiff

v.

LIBERTY GROUP, INC.
    Third-Party Defendant

ORDER ON REINA LESSARD,
PAULA MURANO AND PEGGY
LESSARD'S MOTION FOR
SUMMARY JUDGMENT AGAINST
DEFENDANTS SHERWOOD
ASSOCIATES LIMTIED
PARTNERSHIP AND MICHAEL A.
LIBERTY

RECEIVED & FILED

ANDROSCOGGIN
SUPERIOR COURT

       This matter came before this Court on the two count Complaint of the Plaintiffs Reina Lessard, Paula Murano and Peggy Lessard (the "Lessard Plaintiffs") seeking to collect on two separate Promissory Notes and the Guaranties of those Promissory Notes, all

as described in the Lessard Plaintiffs' Motion for Summary Judgment. The Lessard Plaintiffs are assignees of the Promissory Notes from entities which were the original payees. Count I is an action against the maker in each of the two Promissory Notes, the Defendant Sherwood Associates Limited Partnership ("Sherwood Associates"). Count II is an action against the guarantors of those Promissory Notes, the Defendant Michael A. Liberty ("Liberty") and the Defendant William D. Hamill ("Hamill").

This motion for summary judgment was not opposed by Sherwood Associates or Liberty. The motion was opposed in part by Hamill. This Judgment relates only to the Defendants Sherwood Associates and Liberty. The Court is simultaneously herewith issuing a separate order regarding Defendant Hamill.

After consideration of the Lessard Plaintiffs' Motion for Summary Judgment and all supporting papers submitted therewith, and any opposition submitted thereto, the Court finds that there is no genuine issue of material fact and the Lessard Plaintiffs are entitled to judgment as a matter of law as to Defendants Sherwood Associates and Liberty. Therefore, the Lessard Plaintiffs' Motion for Summary Judgment as to Defendants Sherwood Associates and Liberty is HEREBY GRANTED.

The Defendant Sherwood Associates is in default of the two promissory notes on which it is the maker and in which the Lessard Plaintiffs have rights as assignees of the payees, and Defendant Sherwood Associates owes the Lessard Plaintiffs on their interest in the two promissory notes principal, interest and late charges in the combined total amount of $16,462.06, with interest accruing on and after February 4, 2010 at the rate of $3.27 per diem. In addition, Defendant Sherwood Associates owes attorney's fees and costs incurred by the Lessard Plaintiffs in collection of the promissory notes in the amount of $12,970.78.

The Defendant Liberty guarantied each of those promissory notes and the Defendant Liberty therefore jointly and severally owes the Lessard Plaintiffs on their interests in Defendant Liberty's guaranties of the two Promissory Notes principal, interest and late charges in the combined total amount of $16,462.06, with interest accruing on and after February 4, 2010 at the rate of $3.27 per diem. In addition, Defendant Liberty jointly and severally owes attorney's fees and costs incurred by the Lessard Plaintiffs in collection of the promissory notes under said guaranties in the amount of $12,970.78.

Nothing in this order shall limit the Lessard Plaintiffs' right to seek additional attorney's fees and costs in future collection efforts or to enforce this judgment.

Pursuant to Rule 54(b)(1) Maine Rules of Civil Procedure and irrespective of other claims in this action, this Court expressly determines that there is no just reason for delay in ordering final judgment in favor of the Lessard Plaintiffs against the Defendants Sherwood Associates and Liberty.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

**COUNT I. ACTION AGAINST SHERWOOD ASSOCIATES:**

Final Summary Judgment on Count I is hereby granted in favor of the Lessard Plaintiffs against the Defendant Sherwood Associates Limited Partnership in the amount of $29,432.84 (inclusive of principal, interest, late fees, and attorney's fees and costs), with interest accruing on and after February 4, 2010 at the rate of $3.27 per diem.

**COUNT II. ACTION ON GUARANTY OF LIBERTY:**

Final Summary Judgment on County II is hereby granted in favor of the Lessard Plaintiffs against the Defendant Michael A. Liberty in the amount of $29,432.84 (inclusive of principal, interest, late fees, and attorney's fees and costs), with interest accruing on and after February 4, 2010 at the rate of $3.27 per diem.

The clerk is specifically directed pursuant to Rule 79(a) of the Maine Rules of Civil Procedure to enter this Judgment and Order in the civil docket by a notation incorporating it by reference.

Dated this _____ day of February, 2010.

_____
Thomas E. Delahanty, II
Justice, Superior Court

3

REINA LESSARD  - PLAINTIFF

Attorney for: REINA LESSARD
MARC N FRENETTE  - RETAINED 12/10/2008
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200

Attorney for: REINA LESSARD
WILLIAM CLIFFORD  - RETAINED 12/10/2008
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200

GERALD L LESSARD (ESTATE OF)  - PLAINTIFF

Attorney for: GERALD L LESSARD (ESTATE OF)
MARC N FRENETTE  - RETAINED 12/10/2008
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200

Attorney for: GERALD L LESSARD (ESTATE OF)
WILLIAM CLIFFORD  - RETAINED 12/10/2008
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200

PAULA MURANO  - PLAINTIFF

Attorney for: PAULA MURANO
MARC N FRENETTE  - RETAINED 12/10/2008
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200

Attorney for: PAULA MURANO
WILLIAM CLIFFORD  - RETAINED 12/10/2008
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200

DOUGLAS SCHMIDT  - PLAINTIFF

Attorney for: DOUGLAS SCHMIDT
EDWARD C RUSSELL  - RETAINED 12/10/2008
RUSSELL SILVER & SILVERSTEIN
145 EXCHANGE STREET, SUITE 3
BANGOR ME 04401-6505

**DOCKET RECORD**

NATHAN SMITH   - PLAINTIFF

Attorney for: NATHAN SMITH
EDWARD C RUSSELL   - RETAINED 12/10/2008
RUSSELL SILVER & SILVERSTEIN
145 EXCHANGE STREET, SUITE 3
BANGOR ME 04401-6505


MAURICE A THERIAULT   - PLAINTIFF

Attorney for: MAURICE A THERIAULT
M KELLY MATZEN   - RETAINED 08/29/2008
TRAFTON & MATZEN
PO BOX 470
AUBURN ME 04212-0470


Attorney for: MAURICE A THERIAULT
VERNE E PARADIE JR - RETAINED 08/29/2008
TRAFTON & MATZEN
PO BOX 470
AUBURN ME 04212-0470


DIANE T THERIAULT   - PLAINTIFF

Attorney for: DIANE T THERIAULT
M KELLY MATZEN   - RETAINED 08/29/2008
TRAFTON & MATZEN
PO BOX 470
AUBURN ME 04212-0470


Attorney for: DIANE T THERIAULT
VERNE E PARADIE JR - RETAINED 08/29/2008
TRAFTON & MATZEN
PO BOX 470
AUBURN ME 04212-0470



vs
SHERWOOD ASSOCIATES LIMITED PARTNERSHIP - DEFENDANT
,
Attorney for: SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
PETER DETROY   - RETAINED 08/29/2008
NORMAN HANSON & DETROY
415 CONGRESS STREET
PO BOX 4600
PORTLAND ME 04112-4600


Attorney for: SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
PETER RUBIN   - WITHDRAWN 09/17/2008
BERNSTEIN SHUR SAWYER & NELSON
100 MIDDLE ST
PO BOX 9729
PORTLAND ME 04104-5029

MICHAEL A LIBERTY  - DEFENDANT
SHAKER ROAD,
GRAY ME 04039
Attorney for: MICHAEL A LIBERTY
PETER DETROY  - RETAINED 08/29/2008
NORMAN HANSON & DETROY
415 CONGRESS STREET
PO BOX 4600
PORTLAND ME 04112-4600


Attorney for: MICHAEL A LIBERTY
PETER RUBIN  - WITHDRAWN 09/15/2008
BERNSTEIN SHUR SAWYER & NELSON
100 MIDDLE ST
PO BOX 9729
PORTLAND ME 04104-5029


WILLIAM D HAMILL  - DEFENDANT
P O BOX 480,
YARMOUTH ME 04096
Attorney for: WILLIAM D HAMILL
PETER DETROY  - WITHDRAWN 09/17/2008
NORMAN HANSON & DETROY
415 CONGRESS STREET
PO BOX 4600
PORTLAND ME 04112-4600


Attorney for: WILLIAM D HAMILL
PETER RUBIN  - RETAINED 08/29/2008
BERNSTEIN SHUR SAWYER & NELSON
100 MIDDLE ST
PO BOX 9729
PORTLAND ME 04104-5029


LIBERTY GROUP INC - THIRD PARTY DEFENDANT
LIBERTY GROUP, INC. - THIRD PARTY DEFENDANT
PEGGY A LESSARD  - PERSONAL REPRESENTATIVE


Attorney for: PEGGY A LESSARD
WILLIAM CLIFFORD  - RETAINED 03/18/2009
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200


Attorney for: PEGGY A LESSARD
MARC N FRENETTE  - RETAINED 03/18/2009
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200

Filing Document: COMPLAINT          Minor Case Type: CONTRACT
Filing Date: 08/29/2008

## Docket Events:

09/17/2008 TRANSFER - REMOVAL TO SUPERIOR COURT EDI ON 09/17/2008 @ 18:00
           TRANSFERRED CASE: SENDING COURT CASEID LEWDCCV200800979

           FILING DOCUMENT - COMPLAINT FILED ON 08/29/2008

           Party(s):  MAURICE A THERIAULT
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Plaintiff's Attorney: M KELLY MATZEN

           Party(s):  DIANE T THERIAULT
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Plaintiff's Attorney: M KELLY MATZEN

           Party(s):  MAURICE A THERIAULT
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Plaintiff's Attorney: VERNE E PARADIE JR

           Party(s):  DIANE T THERIAULT
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Plaintiff's Attorney: VERNE E PARADIE JR

           Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Defendant's Attorney: PETER DETROY

           Party(s):  MICHAEL A LIBERTY
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Defendant's Attorney: PETER DETROY

           Party(s):  WILLIAM D HAMILL
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Defendant's Attorney: PETER DETROY

           Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Defendant's Attorney: PETER RUBIN

           Party(s):  MICHAEL A LIBERTY
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Defendant's Attorney: PETER RUBIN

           Party(s):  WILLIAM D HAMILL
           ATTORNEY - RETAINED ENTERED ON 08/29/2008
           Defendant's Attorney: PETER RUBIN

           Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
           SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED ON 08/25/2008

           Party(s):  MICHAEL A LIBERTY
           SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED ON 08/25/2008

Party(s):  WILLIAM D HAMILL
SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED ON 08/27/2008

Party(s):  MAURICE A THERIAULT,DIANE T THERIAULT
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 08/29/2008

Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP,MICHAEL A LIBERTY
RESPONSIVE PLEADING - ANSWER FILED ON 09/15/2008

Party(s):  WILLIAM D HAMILL
ATTORNEY - WITHDRAWN ORDERED ON 09/17/2008
Defendant's Attorney: PETER DETROY

Party(s):  WILLIAM D HAMILL
ATTORNEY - RETAINED ENTERED ON 09/15/2008

Party(s):  WILLIAM D HAMILL,WILLIAM D HAMILL
RESPONSIVE PLEADING - ANSWER & AFFIRMATIVE DEFENSE FILED ON 09/15/2008

09/17/2008 Party(s):  WILLIAM D HAMILL,WILLIAM D HAMILL
RESPONSIVE PLEADING - CROSSCLAIM FILED ON 09/15/2008

Party(s):  WILLIAM D HAMILL
SUPPLEMENTAL FILING - THIRD-PARTY COMPLAINT FILED ON 09/15/2008

FINDING - REMOVAL TO SUPERIOR COURT SENT ON 09/17/2008

FINDING - REMOVAL TO SUPERIOR COURT ENTERED ON 09/15/2008
AUBSC

Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
ATTORNEY - WITHDRAWN ORDERED ON 09/17/2008
Defendant's Attorney: PETER RUBIN

09/19/2008 Party(s):  MICHAEL A LIBERTY
ATTORNEY - WITHDRAWN ORDERED ON 09/15/2008
Defendant's Attorney: PETER RUBIN

09/19/2008 ORDER - SCHEDULING ORDER ENTERED ON 09/19/2008
JOYCE A WHEELER , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
PARTIES/COUNSEL

09/19/2008 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 05/19/2009

09/19/2008 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 09/19/2008
JOYCE A WHEELER , JUDGE

09/23/2008 Party(s):  WILLIAM D HAMILL
RESPONSIVE PLEADING - ANSWER AND CROSSCLAIM AMENDED ON 09/23/2008
FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES, CROSS-CLAIMS AND THIRD-PARTY COMPLAINT

10/07/2008 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP,MICHAEL A LIBERTY
          RESPONSIVE PLEADING - ANSWER TO CROSSCLAIM FILED ON 10/06/2008


10/07/2008 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP,MICHAEL A LIBERTY
          RESPONSIVE PLEADING - ANSWER TO THIRD PARTY COMP. FILED ON 10/06/2008


10/09/2008 Party(s):  WILLIAM D HAMILL
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 10/09/2008
          RESPONSE OF WILLIAM D HAMILL TO PLAINTIFFS REQUEST FOR ADMISSIONS SERVED TO M KELLY MATZEN
          ESQ AND PETER J DETROY ESQ ON 10-8-08


10/24/2008 Party(s):  MAURICE A THERIAULT,DIANE T THERIAULT
          MOTION - MOTION TO JOIN FILED ON 10/23/2008
          PARTY PLAINTIFFS AND MEMORANDUM IN SUPPORT THEREOF WITH PROPOSED ORDER     REC'D 10-29-08:
          NEW PLTS HAVE NO OBJECTION.


10/24/2008 Party(s):  MAURICE A THERIAULT,DIANE T THERIAULT
          MOTION - APPROVAL ATTACH/TRUSTEE PROC FILED ON 10/23/2008
          FOR APPROVING PRE-JUDGMENT ATTACHMENT AND TRUSTEE PROCESS AGAINST DEFENDANTS MICHAEL
          LIBERTY AND WILLIAM HAMILL AND INCORPORATED MEMORANDUM OF LAW WITH AFFIDAVITS OF MAURICE
          THERIAULT AND M. KELLY MATZEN IN SUPPORT OF MOTION WITH PROPOSED JUDGMENT REC'D 11-19-08:
          OPPOSITION OF W. HAMILL FILED.     REC'D 11-26-08:  PLTS' REPLY MEMORANDUM FILED.


11/04/2008 Party(s):  WILLIAM D HAMILL
          MOTION - APPROVAL ATTACH/TRUSTEE PROC FILED ON 11/03/2008
          DEF WILLIAM HAMILL WITH INCORPORATED MEMORANDUM OF LAW, AFFIDAVIT OF DANIEL MITCHELL, ESQ.
          AND PROPOSED ORDER


11/21/2008 Party(s):  WILLIAM D HAMILL
          OTHER FILING - AFFIDAVIT FILED ON 11/19/2008
          OF PETER RUBIN, ESQ.


11/21/2008 ADR - NOTICE OF ADR PROCESS/NEUTRAL FILED ON 11/20/2008
          ADR TO BE SET WITH J. PETER THOMPSON, ESQ. DATE TO BE DETERMINED


11/25/2008 ADR - NOTICE OF ADR PROCESS/NEUTRAL FILED ON 11/24/2008
          ADR SET FOR JANUARY 14, 2009 WITH J. PETER THOMPSON, ESQ.


12/02/2008 Party(s):  WILLIAM D HAMILL
          LETTER - FROM PARTY FILED ON 12/02/2008
          REGARDING MOTIONS FOR ATTACHMENT


12/11/2008 Party(s):  MAURICE A THERIAULT,DIANE T THERIAULT
          MOTION - MOTION SUMMARY JUDGMENT FILED ON 12/09/2008
          PLT WITH INCORPORATED MEMORANDUM OF LAW, STATEMENT OF MATERIAL FACTS, RECORD MATERIAL
          SUPPORTING MOTION, AFFIDAVITS OF MAURICE THERIAULT AND M. KELLY MATZEN WITH PROPOSED ORDER
          REC'D 12-30-08: OPPOSITION OF HAMILL WITH OPPOSING STATMENT OF MATERIAL FACTS AND
          AFFIDAVIT OF PETER RUBIN, ESQ.  REC'D 1-8-09:  PLT'S REPLY TO DEF HAMILL'S OPPOSITION WITH
          REPLY STATEMENT


12/11/2008 Party(s):  WILLIAM D HAMILL
          MOTION - APPROVAL ATTACH/TRUSTEE PROC GRANTED ON 12/10/2008
          THOMAS E DELAHANTY II, JUSTICE

IT IS ORDERED THAT ATTACHMENT, INCLUDING ATTACHMENT ON TRUSTEE PROCESS, MAY BE MADE IN THE AMOUNT OF $258,663.75 AGAINST THE PERSONAL AND REAL PROPERTY OF CROSSCLAIM DEFENDANT SHERWOOD ASSOCIATES LIMITED PARTNERSHIP, CROSSCLAIM DEFENDANT MICHAEL A. LIBERTY AND THIRD-PARTY DEFENDANT LIBERTY GROUP, INC. COPIES TO COUNSEL ON 12-11-08

12/11/2008 Party(s): MAURICE A THERIAULT,DIANE T THERIAULT
MOTION - APPROVAL ATTACH/TRUSTEE PROC GRANTED ON 12/10/2008
THOMAS E DELAHANTY II, JUSTICE
THE PLAINTIFF ARE ENTITLED TO AND HEREBY AWARDED, PREJUDGMENT ATTACHMENT AND ATTACHMENT ON TRUSTEE PROCESS AGAINST THE REAL AND PERSONAL PROPERTY OF DEFENDANTS MICHAEL LIBERTY IN THE AMOUNT OF $267,937.03 AND AGAINST WILLIAM HAMILL IN THE AMOUNT OF $258,663.75. COPIES TO COUNSEL ON 12-11-08

12/11/2008 Party(s): MAURICE A THERIAULT,DIANE T THERIAULT
MOTION - MOTION TO JOIN GRANTED ON 12/10/2008
THOMAS E DELAHANTY II, JUSTICE
COPIES TO PARTIES/COUNSEL

12/11/2008 Party(s): REINA LESSARD
ATTORNEY - RETAINED ENTERED ON 12/10/2008
Plaintiff's Attorney: MARC N FRENETTE

Party(s): GERALD L LESSARD (ESTATE OF)
ATTORNEY - RETAINED ENTERED ON 12/10/2008
Plaintiff's Attorney: MARC N FRENETTE

Party(s): PAULA MURANO
ATTORNEY - RETAINED ENTERED ON 12/10/2008
Plaintiff's Attorney: MARC N FRENETTE

12/11/2008 Party(s): REINA LESSARD
ATTORNEY - RETAINED ENTERED ON 12/10/2008
Plaintiff's Attorney: WILLIAM CLIFFORD

12/11/2008 Party(s): GERALD L LESSARD (ESTATE OF)
ATTORNEY - RETAINED ENTERED ON 12/10/2008
Plaintiff's Attorney: WILLIAM CLIFFORD

Party(s): PAULA MURANO
ATTORNEY - RETAINED ENTERED ON 12/10/2008
Plaintiff's Attorney: WILLIAM CLIFFORD

12/11/2008 Party(s): DOUGLAS SCHMIDT
ATTORNEY - RETAINED ENTERED ON 12/10/2008
Plaintiff's Attorney: EDWARD C RUSSELL

Party(s): NATHAN SMITH
ATTORNEY - RETAINED ENTERED ON 12/10/2008
Plaintiff's Attorney: EDWARD C RUSSELL

12/23/2008 Party(s): MICHAEL A LIBERTY
SUMMONS/SERVICE - SUMMONS TO TRUSTEE SERVED ON 12/17/2008
TD BANK, NA THROUGH ANDREA HARVEY

12/23/2008 Party(s):  MICHAEL A LIBERTY
           SUMMONS/SERVICE - SUMMONS TO TRUSTEE FILED ON 12/22/2008


12/23/2008 Party(s):  WILLIAM D HAMILL
           SUMMONS/SERVICE - SUMMONS TO TRUSTEE SERVED ON 12/17/2008
           TD BANK, NA THROUGH ANDREA HARVEY


12/23/2008 Party(s):  WILLIAM D HAMILL
           SUMMONS/SERVICE - SUMMONS TO TRUSTEE FILED ON 12/22/2008


12/23/2008 Party(s):  MAURICE A THERIAULT,DIANE T THERIAULT,REINA LESSARD,GERALD L LESSARD (ESTATE
                       OF),PAULA MURANO,DOUGLAS SCHMIDT,NATHAN SMITH
           OTHER FILING - TRUSTEE STATEMENT UNDER OATH FILED ON 12/23/2008
           TD BANKNORTH IN REGARDS TO WILLIAM HAMILL


12/23/2008 Party(s):  MAURICE A THERIAULT,DIANE T THERIAULT,REINA LESSARD,GERALD L LESSARD (ESTATE
                       OF),PAULA MURANO,DOUGLAS SCHMIDT,NATHAN SMITH
           OTHER FILING - TRUSTEE STATEMENT UNDER OATH FILED ON 12/23/2008
           TD BANKNORTH IN REGARDS TO MCIAHEL LIBERTY


12/30/2008 Party(s):  WILLIAM D HAMILL
           MOTION - MOTION SUMMARY JUDGMENT FILED ON 12/30/2008
           THRD PARTY PLT HAMILL'S WITH INCORPORATED MEMORANDUM OF LAW, RULE 56(H) STATEMENT OF
           UNDISPUTED MATERIAL FACTS, AFFIDAVIT OF PETER RUBIN, ESQ. AND PROPOSED ORDER


01/02/2009 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP,MICHAEL A LIBERTY,WILLIAM D HAMILL
           DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 12/31/2008
           NOTICE OF DEPO OF PLT AND M. KELLY MATZEN SERVED ON M. KELLY MATZEN, ESQ. ON 12/30/2008.


01/09/2009 Party(s):  DOUGLAS SCHMIDT,NATHAN SMITH
           SUPPLEMENTAL FILING - COMPLAINT FILED ON 01/09/2009
           OF DOUGLAS SCHMIDT AND NATHN SMITH


01/12/2009 Party(s):  REINA LESSARD,GERALD L LESSARD (ESTATE OF),PAULA MURANO
           SUPPLEMENTAL FILING - COMPLAINT FILED ON 01/09/2009


01/30/2009 Party(s):  WILLIAM D HAMILL
           SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED ON 01/26/2009
           THROUGH DANIEL MITCHELL


01/30/2009 Party(s):  WILLIAM D HAMILL
           SUMMONS/SERVICE - ACCEPTANCE OF SERVICE FILED ON 01/28/2009


01/30/2009 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
           SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED ON 01/26/2009
           THROUGH RUSSELL PIERCE, ESQ.


01/30/2009 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
           SUMMONS/SERVICE - ACCEPTANCE OF SERVICE FILED ON 01/28/2009


02/04/2009 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
           MOTION - OTHER MOTION FILED ON 02/04/2009

Printed on: 03/02/2010

DEF SHERWOOD ASSOC. AND LIBERTY MOTION AND REQUEST FOR "LAW OF THE CASE" APPLICATION
REC'D 02-04-09:  OPPOSITION FILED.

02/04/2009 Party(s):  WILLIAM D HAMILL
          SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 01/27/2009
          THROUGH PETER RUBIN, ESQ. FOR WILLIAM HAMIL

02/04/2009 Party(s):  WILLIAM D HAMILL
          SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 02/04/2009

02/06/2009 HEARING - MOTION SUMMARY JUDGMENT HELD ON 02/05/2009
          THOMAS E DELAHANTY II, JUSTICE
          Defendant's Attorney: DANIEL MITCHELL
          Plaintiff's Attorney:  M KELLY MATZEN
          WILLIAM CLIFFORD, ESQ. AND RUSSELL PIERCE, ESQ.  TAPE 428 INDEX 5289-6345  COUNSEL TO
          REVIEW BILL OF COSTS AND REPLY IN ONE WEEK

02/06/2009 ORDER - REPORT OF ADR CONF/ORDER ENTERED ON 01/05/2009
          THOMAS E DELAHANTY II, JUSTICE
          ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
          PARTIES/COUNSEL

02/06/2009 ORDER - REPORT OF ADR CONF/ORDER UNRESOLVED ON 02/05/2009

02/12/2009 Party(s):  WILLIAM D HAMILL
          MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 02/11/2009
          TO FILE MEMORANDA CONCERNING LEGAL FEES

02/17/2009 Party(s):  MICHAEL A LIBERTY
          SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED ON 02/10/2009
          THROUGH RUSSELL PEIRCE, ESQ.

02/17/2009 Party(s):  MICHAEL A LIBERTY
          SUMMONS/SERVICE - ACCEPTANCE OF SERVICE FILED ON 02/13/2009

02/17/2009 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
          SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED ON 02/10/2009
          THROUGH RUSSELL PIERCE, ESQ.

02/17/2009 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP
          SUMMONS/SERVICE - ACCEPTANCE OF SERVICE FILED ON 02/13/2009

02/17/2009 Party(s):  WILLIAM D HAMILL
          MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 02/13/2009
          THOMAS E DELAHANTY II, JUSTICE
          DEFENDANT HAMILL TO FILE A MEMORANDUM IN RESPONSE TO PLT'S LEGAL BILLS IS EXTENDED TO
          FEBRUARY 18, 2009 AND PLT TO RESPOND BY FEBRUARY 27, 2009.  COPIES TO COUNSEL ON 2-17-09

02/17/2009 Party(s):  SHERWOOD ASSOCIATES LIMITED PARTNERSHIP,MICHAEL A LIBERTY
          RESPONSIVE PLEADING - ANSWER & AFFIRMATIVE DEFENSE FILED ON 02/17/2009
          SHERWOOD ASSOCIATES LIMITED PARTNERSHIP AND MICHAEL A. LIBERTY

02/18/2009 Party(s):  WILLIAM D HAMILL

OTHER FILING - OPPOSING MEMORANDUM FILED ON 02/18/2009
MEMORANDUM OF DEFENDANT WILLIAM HAMILL REGARDING PLAINTIFFS' LEGAL FEES SUBMISSION

02/18/2009 Party(s): WILLIAM D HAMILL
SUPPLEMENTAL FILING - THIRD-PARTY COMPLAINT FILED ON 02/18/2009
FILED BY WILLIAM D HAMILL VS LIBERTY GROUP

02/18/2009 Party(s): WILLIAM D HAMILL
RESPONSIVE PLEADING - ANSWER & AFFIRMATIVE DEFENSE FILED ON 02/18/2009

02/18/2009 Party(s): WILLIAM D HAMILL
SUPPLEMENTAL FILING - THIRD-PARTY COMPLAINT FILED ON 02/18/2009

02/18/2009 Party(s): WILLIAM D HAMILL
RESPONSIVE PLEADING - ANSWER & AFFIRMATIVE DEFENSE FILED ON 02/18/2009

03/03/2009 Party(s): MAURICE A THERIAULT,DIANE T THERIAULT
OTHER FILING - OPPOSING MEMORANDUM FILED ON 02/27/2009
OPPOSITION OF PLTS THERIAULTS TO MEMORANDUM OF DEFENDANT HAMILL REGARDING PLTS' LEGAL
SUBMISSION

03/04/2009 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 03/04/2009
THOMAS E DELAHANTY II, JUSTICE

03/04/2009 Party(s): SHERWOOD ASSOCIATES LIMITED PARTNERSHIP,MICHAEL A LIBERTY
RESPONSIVE PLEADING - ANSWER & AFFIRMATIVE DEFENSE FILED ON 03/03/2009
DEF SHERWOOD ASSOCIATES AND LIBERTY'S ANSWER TO REINA AND GERALD LESSARD AND MURANO'S
COMPLAINT

03/10/2009 Party(s): REINA LESSARD,GERALD L LESSARD (ESTATE OF),PAULA MURANO
MOTION - MOTION SUBSTITUTE PARTIES FILED ON 03/09/2009
WITH PROPOSED ORDER

03/13/2009 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 03/13/2009
THOMAS E DELAHANTY II, JUSTICE

03/18/2009 Party(s): REINA LESSARD,GERALD L LESSARD (ESTATE OF),PAULA MURANO
MOTION - MOTION SUBSTITUTE PARTIES GRANTED ON 03/18/2009
THOMAS E DELAHANTY II, JUSTICE
PEGGY A. LESSARD, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALD LESSARD, IS HEREBY
SUBSTITUTED FOR FORMER PLT GERALD LESSARD. COPIES TO COUNSEL ON 3-18-09

03/18/2009 Party(s): PEGGY A LESSARD
ATTORNEY - RETAINED ENTERED ON 03/18/2009
Attorney: WILLIAM CLIFFORD

03/18/2009 Party(s): PEGGY A LESSARD
ATTORNEY - RETAINED ENTERED ON 03/18/2009
Attorney: MARC N FRENETTE

04/14/2009 Party(s): WILLIAM D HAMILL
OTHER FILING - AFFIDAVIT FILED ON 04/14/2009
FIRST AMENDED AFFIDAVIT OF PETER RUBIN, ESQ. REGARDING LEGAL FEES

06/09/2009 Party(s):  REINA LESSARD,PAULA MURANO,PEGGY A LESSARD
          OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 06/02/2009
          REINA LESSARD, PAULA MORENO AND PEGGY LESSARD


06/09/2009 OTHER FILING - STATEMENT OF TIME FOR TRIAL FILED ON 06/02/2009


06/12/2009 Party(s):  REINA LESSARD,GERALD L LESSARD (ESTATE OF),PAULA MURANO
          MOTION - MOTION SUMMARY JUDGMENT FILED ON 06/12/2009
          PLT LESSARD AND MURANO WITH INCORPORATED MEMORANDUM, STATEMENT OF MATERIAL FACTS AS TO
          WHICH THERE IS NO GENUINE ISSUE, AFFIDAVITS AND PROPOSED ORDER REC'D 07-30-09:  OPPOSITION
          OF WM HAMILL WITH OPPOSING STATEMENT OF MATERIAL FACTS AND AFFIDAVIT OF DANIEL MITCHELL,
          ESQ.  REC'D 8-5-09:  PLT'S REPLY FILED.


06/22/2009 Party(s):  WILLIAM D HAMILL
          MOTION - MOTION SUMMARY JUDGMENT FILED ON 06/18/2009
          WM HAMILL WITH INCORPORATED MEMORANDUM OF LAW


07/07/2009 Party(s):  WILLIAM D HAMILL
          MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 07/06/2009
          TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT


07/08/2009 Party(s):  WILLIAM D HAMILL
          MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 07/07/2009
          THOMAS E DELAHANTY II, JUSTICE
          DEFENDANT WILLIAM HAMILL TO FILE AN OPPOSITION TO SUMMARY JUDGMENT BY JULY 24, 2009.
          COPIES TO COUNSEL ON 7-8-09


07/24/2009 Party(s):  MICHAEL A LIBERTY,WILLIAM D HAMILL
          MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 07/24/2009
          (WILLIAM HAMIL AND MICHAEL LIBERTY) UNOPPOSED MOTION TO ENLARGE TIME TO FILE OPPOSITION TO
          MOTION FOR SUMMARY JUDGMENT.


09/04/2009 ORDER - FINAL PRETRIAL ORDER ENTERED ON 09/03/2009
          THOMAS E DELAHANTY II, JUSTICE
          ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
          PARTIES/COUNSEL


09/04/2009 TRIAL - JURY TRIAL SCHEDULED FOR 10/13/2009


09/14/2009 Party(s):  WILLIAM D HAMILL
          MOTION - MOTION TO CONTINUE FILED ON 09/14/2009
          FROM TRIAL LIST COMMENCING OCTOBER 13, 2009


09/17/2009 Party(s):  MAURICE A THERIAULT,DIANE T THERIAULT
          LETTER - FROM PARTY FILED ON 09/15/2009
          FROM PLAINTIFF STATING CASE WILL BE 1 1/2 DAYS


09/24/2009 Party(s):  REINA LESSARD,PAULA MURANO,PEGGY A LESSARD
          OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 09/23/2009
          FILED BY REINA LESSARD, PAULA MURANO AND PEGGY LESSARD


09/28/2009 Party(s):  WILLIAM D HAMILL

MOTION - MOTION TO CONTINUE GRANTED ON 09/25/2009
THOMAS E DELAHANTY II, JUSTICE
THE COURT HAS CONSIDERED THE NUMBER OF TRIALS AND THE NUMBER OF TRIAL DAYS AVAILABLE.  IT
IS UNLIKELY THIS CASE WOULD BE REACHED. RESCHEDULE FOR FEB/MARCH '10.  COPIES TO COUNSEL
ON 9-28-09

09/28/2009 TRIAL - JURY TRIAL CONTINUED ON 09/25/2009

09/28/2009 Party(s):  NATHAN SMITH
MOTION - MOTION SUBSTITUTE PARTIES FILED ON 09/25/2009
PLT SMITH

09/28/2009 HEARING - MOTION SUMMARY JUDGMENT SCHEDULED FOR 10/09/2009 @ 1:15

09/29/2009 Party(s):  NATHAN SMITH
OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 09/29/2009
PLAINTIFF'S NATHAN AND JAY SMITH, ELLEN POLICOW AND DOUGLAS SCHMIDT'S

09/29/2009 OTHER FILING - STATEMENT OF TIME FOR TRIAL FILED ON 09/29/2009

10/09/2009 HEARING - MOTION SUMMARY JUDGMENT HELD ON 10/09/2009
THOMAS E DELAHANTY II, JUSTICE
Defendant's Attorney: DAVID GOLDMAN
Plaintiff's Attorney:  KELLY L TURNER
AND DANIEL MITHCELL ESQ. FOR HAMIL TAPE NO. 554 AND INDEX NO.'S 5147-5622  TAKEN UNDER
ADVISEMENT

12/29/2009 TRIAL - JURY TRIAL SCHEDULED FOR 02/09/2010

12/29/2009 HEARING - TRIAL MANAGEMENT CONFERENCE SCHEDULED FOR 02/02/2010 @ 9:00
NOTICE TO PARTIES/COUNSEL

01/11/2010 Party(s):  WILLIAM D HAMILL
MOTION - APPROVAL ATTACH/TRUSTEE PROC FILED ON 01/08/2010
WITH DRAFT ORDER AND AFFIDAVITS

01/25/2010 Party(s):  WILLIAM D HAMILL
MOTION - MOTION TO CONTINUE FILED ON 01/25/2010
FILED BY WILLIAM HAMILL REC'D ON 1/28/10 OPPOSITION FILED BY EDWARD RUSSELLESQ

01/27/2010 Party(s):  REINA LESSARD,PAULA MURANO
MOTION - OTHER MOTION FILED ON 01/26/2010
REINA LESSARD, PAULA MURANO AND PEGGY LESSARD'S MOTION TO SPECIFY MATERIAL FACTS NOT IN
CONTROVERSY

01/29/2010 Party(s):  MAURICE A THERIAULT,DIANE T THERIAULT
OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 01/29/2010
PLT THERIAULT

01/29/2010 Party(s):  WILLIAM D HAMILL
OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 01/29/2010
DEF WILLIAM HAMIL

02/02/2010 Party(s):   WILLIAM D HAMILL
          MOTION - APPROVAL ATTACH/TRUSTEE PROC GRANTED ON 02/02/2010
          THOMAS E DELAHANTY II, JUSTICE
          COPIES TO PARTIES/COUNSEL                                    ADDITIONAL
          ATTACHMENT BY CROSS-CLAIM PLT & THIRD-PARTY PLT WILLIAM HAMIL

02/02/2010 HEARING - TRIAL MANAGEMENT CONFERENCE HELD ON 02/02/2010
          THOMAS E DELAHANTY II, JUSTICE
          Defendant's Attorney: PETER DETROY
          Plaintiff's Attorney:  M KELLY MATZEN
          EDWARD RUSSELL, ESQ. PRESENT FOR SCHMIDT & SMITH; MARC FRENETTE, ESQ. PRESENT FOR LESSARD
          & MURINO AND PETER RUBIN, ESQ. PRESENT FOR HAMIL.

02/03/2010 Party(s):   REINA LESSARD,GERALD L LESSARD (ESTATE OF),PAULA MURANO
          OTHER FILING - OTHER DOCUMENT FILED ON 02/03/2010
          SUPPLEMENTAL AFFIDAVIT OF ATTORNEY'S FEES ON BEHALF OF PLT'S REINA LESSARD, PAULA MURANO
          AND PEGGY LESSARD.

02/05/2010 Party(s):   MAURICE A THERIAULT,DIANE T THERIAULT
          OTHER FILING - AFFIDAVIT FILED ON 02/04/2010
          THIRD SUPPLEMENTAL AFFIDAVIT OF ATTORNEY'S FEES ON BEHALF OF PLT'S       WITH DRAFT
          ORDER

02/08/2010 TRIAL - JURY TRIAL CONTINUED ON 02/02/2010

02/08/2010 Party(s):   WILLIAM D HAMILL
          MOTION - MOTION SUMMARY JUDGMENT GRANTED ON 02/08/2010
          THOMAS E DELAHANTY II, JUSTICE
          COPIES TO PARTIES/COUNSEL                                    AGAINST WILLIAM
          HAMIL

02/08/2010 Party(s):   REINA LESSARD,GERALD L LESSARD (ESTATE OF),PAULA MURANO
          MOTION - MOTION SUMMARY JUDGMENT GRANTED ON 02/08/2010
          THOMAS E DELAHANTY II, JUSTICE
          COPIES TO PARTIES/COUNSEL                                    LESSARD &
          MURANO AGAINST DEF'S SHERWOOD ASSOCIATES AND MICHAEL LIBERTY

02/08/2010 Party(s):   WILLIAM D HAMILL
          MOTION - MOTION SUMMARY JUDGMENT GRANTED ON 02/08/2010
          THOMAS E DELAHANTY II, JUSTICE
          COPIES TO PARTIES/COUNSEL                                    JUDGMENT AND
          ORDER ON PLT'S THERIAULTS' MOTION FOR SUMMARY JUDGMENT AGAINST DEF'S SHERWOOD ASSOCIATES
          AND MICHAEL LIBERTY

02/11/2010 Party(s):   MICHAEL A LIBERTY,WILLIAM D HAMILL
          MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 07/29/2009
          JOYCE A WHEELER , JUDGE
          THE DEADLINE FOR DEF WILLIAM HAMIL TO AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT IS
          7/31/09

A TRUE COPY
ATTEST: _____

Clerk